# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NICHOLAS MASON

NO. 2019 KW 1156

OCT 28 2019

In Re:   Nicholas Mason, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 560,765.

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED ON THE SHOWING MADE.** This court cannot properly review the claim raised in the writ application. Relator failed to include the June 30, 2017 sentencing transcript, the motion to correct an illegal sentence, the bill of information, pertinent district court minutes, and any other portion of the district court record that would support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 27, 2019. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT